PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00021-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| ANDRES PEREZ, | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this Court ordered, *inter alia*, the release of the defendant upon posting the title of an unencumbered 2005 Infinity G35, owned by Sandra Espinoza.
2. The parties now stipulate and request that this condition of release be modified as follows: the defendant's family shall post the salvaged title of a 2007 Toyota Camry, owned by Sandra Espinoza.

///
///
///
///
///

1

**IT IS SO STIPULATED.**

                                                Respectfully Submitted,

DATED: January 21, 2022                    */s/ Antonio J. Pataca*_____
                                                ANTONIO J. PATACA
                                                Assistant United States Attorney

DATED: January 21, 2022                    */s/ Robert Lamanuzzi*_____
                                                ROBERT LAMANUZZI
                                                Counsel for Andres Peres

IT IS SO ORDERED.

Dated:  **January 21, 2022**                                _____
                                                          UNITED STATES MAGISTRATE JUDGE