Robert Lamanuzzi Esq., (SBN 213673)
LAW OFFICE OF ROBERT LAMANUZZI
1330 L Street, Suite D
Fresno, CA 93721
Phone: (559) 441-1979
Email: attybesh@gmail.com

Attorney for Defendant
**ANDRES PEREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br>ANDRES PEREZ,<br><br>　　　　Defendant. | Case No.: 1:22-cr-00021 DAD-BAM-3<br><br>**ORDER FOR RECONVEYANCE OF CASH BOND** |

　　　　Honorable Judge Stanley Boone ordered the defendant, Andres Perez, released on Pretrial Service conditions as stated on the record, to third-party custodian Marisol Espinoza Gomez with a $5000 cash bond (see Attachment A) and a collateral bond secured by the title of a vehicle. Judge Boone further ordered that 50% (fifty percent) of the cash bond was to be returned to Marisol Espinoza Gomez following the installation of the location monitoring device.

　　　　Upon defendant Andres Perez' release, third-party custodian Marisol Espinoza Gomez transported defendant Andres Perez directly to the U.S. Marshalls office for the installation of the location monitoring device. The monitor was placed on February 2, 2022. See Attachment B.

　　　　I have spoken with Assistant United States Attorney Tony Pataca and Pretrial Services Officer Jessica McConville. They both have no objections to the return of these funds.

Date: March 29, 2022

Respectfully submitted,
/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant, Andres Perez

Date: March 29, 2022

Respectfully submitted,
/s/ Tony Pataca
TONY PATACA
AUSA

Date: March 29, 2022

Respectfully submitted,
/s/ Jessica McConville
JESSICA McCONVILLE
Pretrial Services

## ORDER

Good cause appearing, it is hereby ordered that $2500 of the cash bond be reconveyed to Marisol Espinoza Gomez.

**IT IS SO ORDERED.**

Dated: **Mar 30, 2022**

Hon. Judge Stanley Boone
United States District Judge