Robert Lamanuzzi Esq., (SBN 213673)
LAW OFFICE OF ROBERT LAMANUZZI
1330 L Street, Suite D
Fresno, CA 93721
Phone: (559) 441-1979
Email: robertlamanuzzi@gmail.com

Attorney for Defendant
**ANDRES PEREZ**

FILED

NOV 28 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ANDRES PEREZ,<br><br>Defendant. | Case No.: 1:22-cr-00021 DAD-BAM-3<br><br>**STIPULATION AND ORDER TO AMEND CONDITIONS OF PRE-TRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI., attorney for Defendant ANDRES PEREZ and TONY PATACAKIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the current conditions of release be modified as followed:

1. That the location monitoring device currently worn by defendant, Andres Perez, be removed immediately.
2. That the curfew conditions be removed immediately.
3. That there is no objection to the removal of the location monitoring device and curfew conditions by the U.S. Attorney and Pretrial Services and Pretrial Services Officer Renee Basurto.

///

1

| | |
|---|---|
| Dated: November 23. 2022 | Respectfully submitted, |
| | /s/ Robert Lamanuzzi<br>ROBERT LAMANUZZI.<br>Attorney for Defendant,<br>ANDRES PEREZ |
| Dated: November 23, 2022 | Respectfully submitted, |
| | /s/ Tony Pataca<br>TONY PATACA<br>Assistant U.S. Attorney |
| Dated: November 23, 2022 | Respectfully submitted, |
| | /s/ Renee Basurto<br>RENEE BASURTO<br>Pretrial Services Officer |

### ORDER

The conditions of release regarding defendant, Andres Perez, are modified as specified above.

**IT IS SO ORDERED.**

Dated: 11/28/22

Hon. Erica P. Grosjean
Magistrate Judge

2