PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES PEREZ,<br><br>Defendant. | CASE NO. 1:22-CR-00021-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 13, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on September 13, 2023.

2.  By this stipulation, defendant now moves to continue the status until December 13, 2023, and to exclude time between September 13, 2023, and December 13, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(i) and (ii).

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  This is a complex wiretap case. The government has represented that the discovery associated with this case includes thousands of pages of investigative reports, photographs, several large cell phone extractions, video evidence (including body-worn camera), and hours of recorded, intercepted communications. All this discovery has been either produced

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

directly to counsel and/or made available for inspection and copying.

  b)  The government has provided plea offers to the defense.

  c)  Counsel for defendant desires additional time to conduct independent investigation, review the voluminous discovery, consult with his/her client, review the government's plea offer, and continue plea negotiations.

  d)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e)  The government does not object to the continuance.

  f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 13, 2023 to December 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (ii) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: September 6, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated:  September 6, 2023

/s/ Robert Lamanuzzi
Robert Lamanuzzi
Counsel for Defendant
ANDRES PEREZ

## ORDER

The request for a continuance is **DENIED**.  The parties were previously instructed that if they do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.  Accordingly, the parties shall appear, in person, at the September 13, 2023 status conference at 1:00 p.m., for the purpose of picking a trial date, in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. Alternatively, the parties may stipulate to the trial date, with an appropriate exclusion of time. The stipulation must be filed no later than noon on Monday, September 11, 2023.

IT IS SO ORDERED.

Dated:   **September 6, 2023**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE