PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDRES PEREZ,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:22-CR-00021-ADA-BAM<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL DATE<br><br>DATE: September 13, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 13, 2023, and time under the Speedy Trial Act was excluded from June 14, 2023, through September 13, 2023, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the status conference be vacated and a trial date be scheduled July 23, 2024, at 8:30 a.m., with a Trial Confirmation Hearing scheduled for July 8, 2024, at 8:30 a.m. This is the earliest available date to ensure continuity of defense counsel and allow sufficient time for trial preparation and further defense investigation. The defendant moves to exclude time from September 13, 2023, through July 23, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

    a) This is a complex wiretap case. The government has represented that the discovery associated with this case includes thousands of pages of investigative reports, photographs, several large cell phone extractions, video evidence (including body-worn camera), and hours of recorded, intercepted communications. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) The government has provided plea offers to the defense.

    c) Counsel for defendant desires additional time to conduct independent investigation, review the voluminous discovery, consult with his/her client, review the government's plea offer, and continue plea negotiations.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 13, 2023 to July 24, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (ii) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

      IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 11, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated:  September 11, 2023 | /s/ Robert Lamanuzzi<br>Robert Lamanuzzi<br>Counsel for Defendant<br>ANDRES PEREZ |

## **ORDER**

IT IS SO ORDERED that the status conference set for September 13, 2023, is vacated. A jury trial is set for **July 23, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Estimate time of trial is **8 days**. A trial confirmation is set for **July 8, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (ii).

IT IS SO ORDERED.

    Dated:   **September 11, 2023**     /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE