PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES PEREZ,<br><br>Defendant. | CASE NO. 1:22-CR-00021-NODJ-BAM<br><br>STIPULATION AND ORDER TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING<br><br>DATE: July 23, 2024 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Trial Confirmation Hearing on July 8, 2024, at 8:30 a.m. and a trial on July 23, 2024. Time under the Speedy Trial Act was excluded through July 23, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the Court vacate the trial and set the case for a change of plea hearing on July 15, 2024 at 8:30 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time has already been excluded beyond the change of plea hearing date.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

       IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 19, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated:  April 19, 2024 | /s/ Robert Lamanuzzi<br>Robert Lamanuzzi<br>Counsel for Defendant<br>ANDRES PEREZ |

### **ORDER**

IT IS SO ORDERED that the jury trial set for July 23, 2024 and trial confirmation set for July 8, 2024 are vacated. A change of plea hearing is set for **July 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.**  Time was previously excluded through July 23, 2024.

IT IS SO ORDERED.

Dated:   **April 22, 2024**                        /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE