1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  1:22-CR-00021-NODJ-BAM

12                    Plaintiff,           STIPULATION AND ORDER TO CONTINUE
                                           CHANGE OF PLEA HEARING
13          v.
                                           DATE: July 15, 2024
14 ANDRES PEREZ,

15                    Defendant.

16

17                             **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20         1.      By previous order, this matter was set for a Change of Plea Hearing on July 15, 2024, at

21 8:30 a.m. The parties now stipulate and request that the Court continue the change of plea hearing to

22 August 26, 2024 at 8:30 a.m.  The parties request that time be excluded between July 15, 2024, and

23 August 26, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv).  Specifically, defense requests the

24 additional time to review the government's plea agreement with his client, conduct independent

25 investigation, and prepare for the change of plea hearing.  All discovery has already been produced in

26 the case.

27         2.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

28 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated: June 28, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated:  June 28, 2024

/s/ Robert Lamanuzzi
Robert Lamanuzzi
Counsel for Defendant
ANDRES PEREZ

## **ORDER**

IT IS SO ORDERED that the change of plea hearing is continue from July 15, 2024 to **August 26, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

IT IS SO ORDERED.

Dated:   **June 28, 2024**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE