PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDRES PEREZ,<br><br>　　　　　　　Defendant. | CASE NO. 1:22-CR-00021-NODJ-BAM<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING<br><br>DATE: August 26, 2024 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Change of Plea Hearing on August 26, 2024, at 8:30 a.m. The parties now stipulate and request that the Court continue the change of plea hearing to October 21, 2024 at 8:30 a.m. The parties request that time be excluded between August 26, 2024, and October 21, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv). Specifically, defense and the government have agreed to a resolution and defendant is prepared to sign a plea agreement. However, defendant has a medical issue that has prevented him from meeting with his attorney to finalize the documents. Defense counsel believes that the additional time will permit the finalization of plea documents and is the earliest available time that defendant and defense counsel are available for the change of plea hearing.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

  2. The government has no objection to the defendant's request and notes that the defendant is out of custody pretrial.

  3. Based on the above, time should excluded between August 26, 2024, and October 21, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv), for defense preparation.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: August 16, 2024        PHILLIP A. TALBERT
                  United States Attorney

                  /s/ JUSTIN J. GILIO
                  JUSTIN J. GILIO
                  Assistant United States Attorney

Dated:  August 16, 2024        /s/ Robert Lamanuzzi
                  Robert Lamanuzzi
                  Counsel for Defendant
                  ANDRES PEREZ

## **ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from August 26, 2024, to **October 21, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv).

IT IS SO ORDERED.

Dated:   **August 19, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE