PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00021-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| v. | DATE: October 23, 2024 |
| ANDRES PEREZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Change of Plea Hearing on October 23, 2024, at 9:00 a.m. The parties now stipulate and request that the Court continue the change of plea hearing to December 2, 2024. The parties request that time be excluded between October 23, 2024, and December 2, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv). Specifically, defense and the government have agreed to a resolution and defendant is prepared to sign a plea agreement. However, counsel for the defendant has a conflicting matter scheduled on October 23, 2024, and is unavailable until December 2, 2024. Defense counsel believes that the additional time will permit the finalization of plea documents and is the earliest available time that defendant and defense counsel are available for the change of plea hearing.

2. The government has no objection to the defendant's request and notes that the defendant is out of custody pretrial.

3. Based on the above, time should excluded between October 23, 2024, and December 2, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv), for defense preparation.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 4, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: October 4, 2024

/s/ Robert Lamanuzzi
Robert Lamanuzzi
Counsel for Defendant
ANDRES PEREZ

# ORDER

IT IS SO ORDERED that the change of plea hearing set for October 23, 2024 is continued to **December 2, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  The Court also sets a status conference for **November 13, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of November 13, 2024, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated:  **October 7, 2024**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE