Robert Lamanuzzi Esq., (SBN 213673)
LAW OFFICE OF ROBERT LAMANUZZI
1330 L Street, Suite D
Fresno, CA 93721
Phone: (559) 492-0009
Email: robertlamanuzzi@gmail.com

Attorney for Defendant
**ANDRES PEREZ**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>ANDRES PEREZ,<br><br>Defendant. | Case No.: 1:22-cr-00021 NODJ-BAM-3<br><br>**STIPULATION AND ORDER TO AMEND CONDITIONS OF PRE-TRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI., attorney for Defendant ANDRES PEREZ and JUSTIN GILIO, Assistant U.S. Attorney for Plaintiff, that the current conditions of release be modified as followed:

1. The requirement that the Defendant submit to drug and/or alcohol testing be removed.

The Defendant underwent surgery on November 11th, 2024. He will be on bed rest for approximately a month.

The Defendant has continually tested negative throughout his release on pre-trial services. There is no objection to the removal of the drug and/or alcohol testing condition by the U.S. Attorney and Pretrial Services.

1

Dated: November 12th, 2024					Respectfully submitted,

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI.
Attorney for Defendant,
ANDRES PEREZ

Dated: November 12th, 2024					Respectfully submitted,

/s/Justin Gilio
JUSTIN GILIO
Assistant U.S. Attorney

Dated: November 12th, 2024					Respectfully submitted,

/s/Anthony Perez
ANTHONY PEREZ
Pretrial Services Officer

### **ORDER**

The conditions of release regarding defendant, Andres Perez, are modified as set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **November 12, 2024**			  /s/ *Sheila K. Oberto*
					UNITED STATES MAGISTRATE JUDGE

2