Robert Lamanuzzi Esq., (SBN 213673)
LAW OFFICE OF ROBERT LAMANUZZI
1330 L Street, Suite D
Fresno, CA 93721
Phone: (559) 492-0009
Email: robertlamanuzzi@gmail.com

Attorney for Defendant
**ANDRES PEREZ**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ANDRES PEREZ,<br><br>      Defendant. | Case No.: 1:22-cr-00021 NODJ-BAM-3<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; AND ORDER** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Andres Perez, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Robert C Lamanuzzi, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: November 12th, 2024                    /s/Andres Perez

                                                                        DEFENDANT

1

DATED: November 12th, 2024

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI.
Attorney for Defendant,
ANDRES PEREZ

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's

appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   **November 13, 2024**          /s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE

2