MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00021-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING |
| v. | |
| ANDRES PEREZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial confirmation hearing on August 11, 2025, and for jury trial on August 26, 2025.

2. By this stipulation, defendant now moves to vacate the trial confirmation and jury trial and set a change of plea hearing on April 7, 2025.

3. The plea agreement was filed on February 12, 2025.

4. No time exclusion is required as time has already been excluded through the date of trial, August 26, 2025.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

must commence.

IT IS SO STIPULATED.

Dated: February 12, 2025                                  MICHELE BECKWITH
                                                          Acting United States Attorney

                                                          /s/ ANTONIO J. PATACA
                                                          ANTONIO J. PATACA
                                                          Assistant United States Attorney

Dated:  February 12, 2025                                 /s/ Robert Lamanuzzi
                                                          Robert Lamanuzzi
                                                          Counsel for Defendant
                                                          ANDRES PEREZ

## ORDER

IT IS SO ORDERED that the jury trial set for August 26, 2025, trial confirmation set for August 11, 2025 are vacated. A change of plea hearing is set for **April 7, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time was previously excluded through August 26, 2025. IT IS SO ORDERED.

Dated:  **February 13, 2025**                             /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE