Robert Lamanuzzi Esq., (SBN 213673)
LAW OFFICE OF ROBERT LAMANUZZI
1330 L Street, Suite D
Fresno, CA 93721
Phone: (559) 492-0009
Email: robertlamanuzzi@gmail.com

Attorney for Defendant
**ANDRES PEREZ**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>v.<br>ANDRES PEREZ,<br><br>     Defendant. | Case No.: 1:22-cr-00021-DAD-BAM-3<br><br>**STIPULATION AND PRPOSED ORDER TO CONTINUE SENTENCING AND RESET PSR DEADLINES** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI., attorney for Defendant ANDRES PEREZ and JUSTIN GILIO, Assistant U.S. Attorney for Plaintiff, that the currently scheduled sentencing date of October 20, 2025, at 10:00 AM, be continued to December 15, 2025, at 10:00 AM, and the Probation Sentencing Report (PSR) deadlines be reset accordingly.

1. Defendant, Andres Perez, is scheduled for sentencing on October 20, 2025,
2. Mr. Perez has not been interviewed by Probation,
3. The interview is necessary for Probation to complete the PSR,
4. The Parties request a resetting of the PSR deadlines as follows:
    a. Draft PSR due to counsel by November 3, 2025,
    b. Informal Objections due by November 17, 2025,

      c. Final PSR due to counsel by November 24, 2025,

      d. Formal Objections due to counsel by December 1, 2025,

      e. Reply or Statement of Non-Opposition due by December 8, 2025.

Dated: September 2, 2025,                                       Respectfully submitted,

                                                            /s/Robert Lamanuzzi  
                                                           ROBERT LAMANUZZI.  
                                                           Attorney for Defendant,  
                                                           ANDRES PEREZ

Dated: September 2, 2025,                                       Respectfully submitted,

                                                            /s/Justin Gilio  
                                                           JUSTIN GILIO  
                                                           Assistant U.S. Attorney

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Sentencing Hearing currently scheduled for October 20, 2025, is continued to December 15, 2025, at 10:00 AM in Courtroom 5 before District Judge Dale A. Drozd. The PSR deadlines are reset as follows:

1. Draft PSR due to counsel by November 3, 2025,
2. Informal Objections due by November 17, 2025,
3. Final PSR due to counsel by November 24, 2025,
4. Formal Objections due to counsel by December 1, 2025,
5. Reply or Statement of Non-Opposition due by December 8, 2025.

IT IS SO ORDERED.

Dated: **September 3, 2025**                                     /s/ Dale A. Drozd  
                                                                    DALE A. DROZD  
                                                                    UNITED STATES DISTRICT JUDGE