# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>         v.<br><br>ANDRES PEREZ,<br><br>                   Defendant. | Case No.  1:22-cr-00021-DAD-EPG-3<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY<br><br>**FOURTEEN DAY DEADLINE** |

As relevant here, on January 20, 2022, the assigned Magistrate Judge held a detention hearing as to Defendant Andres Perez and ordered that Defendant would be released on a $5,000 cash bond; and, a collateral bond secured by the title of a certain vehicle.  The Court also ordered that fifty percent of the cash bond was to be returned to Surety Marisol Espinoza following the installation of the location monitoring device.  (ECF No. 29.)  On January 21, 2022, Surety Marisol Espinola posted a cash bond in the amount of $5,000 (Receipt # CAE100049873).  (ECF No. 33.)  Defendant and Surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."  (ECF No. 35)  On March 31, 2022, the Court ordered the reconveyance of $2,500 to Surety in light of the installation of a location monitoring device, installed on February 2, 2022.  (ECF No. 53.)

On December 19, 2025, the District Judge, following a plea agreement (ECF No. 166),

entered judgment and sentenced Defendant Andres Perez to, *inter alia*, 120 months of imprisonment on Count 3 and 18 months of imprisonment on Count 5 to run consecutive for a total term of 138 months of imprisonment.  (ECF No. 192.)  Defendant was remanded to the custody of the United States Marshal.  (Id.)

In light of the foregoing, the Court shall order the Government to show cause in writing within **fourteen (14) days** of entry of this order why the remaining $2,500 appearance bond should not be released to the Surety.  If the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court, and the Court will direct the Clerk of Court to return the bond to the address of the Surety on file.

IT IS SO ORDERED.

Dated:    **February 19, 2026**
_____
STANLEY A. BOONE
United States Magistrate Judge

2