# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00021-DAD-EPG-3 |
| Plaintiff, | ORDER EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |
| v. | |
| ANDRES PEREZ, | |
| Defendant. | |

As relevant here, on January 20, 2022, the assigned Magistrate Judge held a detention hearing as to Defendant Andres Perez and ordered that Defendant would be released on a $5,000 cash bond; and, a collateral bond secured by the title of a certain vehicle. The Court also ordered that fifty percent of the cash bond was to be returned to Surety Marisol Espinoza following the installation of the location monitoring device. (ECF No. 29.) On January 21, 2022, Surety Marisol Espinola posted a cash bond in the amount of $5,000 (Receipt # CAE100049873). (ECF No. 33.) Defendant and Surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 35) On March 31, 2022, the Court ordered the reconveyance of $2,500 to Surety in light of the installation of a location monitoring device, installed on February 2, 2022. (ECF No. 53.)

On December 19, 2025, the District Judge, following a plea agreement (ECF No. 166),

entered judgment and sentenced Defendant Andres Perez to, *inter alia*, 120 months of imprisonment on Count 3 and 18 months of imprisonment on Count 5 to run consecutive for a total term of 138 months of imprisonment.  (ECF No. 192.)  Defendant was remanded to the custody of the United States Marshal.  (Id.)

On February 19, 2026, the Court ordered the Government to show cause in writing within fourteen days why the $2,500 appearance bond should not be released to the Surety.  (ECF No. 193.)  The government filed a non-opposition the following day.  (ECF No. 194.)

The Court finds that Defendant has complied with the conditions of their bond and that no conditions remain to be satisfied.

Accordingly, IT IS HEREBY ORDERED THAT the $2,500 appearance bond posted by Marisol Espinoza on behalf of Andres Perez is exonerated.  The Clerk of Court is DIRECTED to serve a copy of this order on the surety and return the $2,500 cash bond to Marisol Espinoza at the address of record.

IT IS SO ORDERED.

Dated:    **March 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2