Robert C Lamanuzzi, Esq (#213673)
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
Telephone: (559) 492-0009

Attorney for Defendant: Andres Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>ANDRES PEREZ<br><br>Defendant. | No.  1:22-cr-00021-DAD-3<br><br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ROBERT LAMANUZZI AS ATTORNEY OF RECORD AND PROPOSED ORDER** |

On January 13th, 2022, Defendant Andres Perez was arrested on a federal criminal complaint.  CJA Panel Attorney, Robert Lamanuzzi, was appointed as trial counsel to represent Mr. Andres Perez on January 14th, 2022, in his criminal case.  Mr. Perez was sentenced pursuant to plea agreement on December 15th, 2025. The time for filing a direct appeal was December 29th, 2025.  No direct appeal was filed. Mr. Perez was out of custody at sentencing, but was taken into custody and was remanded to the Bureau of Prisons.  The trial phase of Mr. Perez's criminal case has, therefore, come to an end.  Having completed his representation of Mr. Perez, CJA attorney, Robert Lamanuzzi, now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Perez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: March 23rd, 2026,                                    Respectfully submitted,


                                                           /s/ Robert Lamanuzzi
                                                           Robert Lamanuzzi, Attorney for
                                                           Defendant, Andres Perez

**ORDER**

Having reviewed the notice and found that attorney Robert Lamanuzzi has completed the services for which he was appointed, the Court hereby grants attorney Lamanuzzi`s request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Andres Perez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

ANDRES PEREZ 81809-509
FCI SHERIDAN
27072 BALLSTON ROAD
SHERIDAN, OR   97378


IT IS SO ORDERED.

Dated:   **March 23, 2026**                    _____
                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE